**Exhibit B**
**Summary and Itemization of Fees**

| Case Number | Debtor Name | Period |
|---|---|---|
| 22-12581 | Dudzek | Pre-Confirmation |
| **Summary of Fees** | | |

| Date | Staff | Description | Hours |
|---|---|---|---|
| 08/22/2022 | Attorney | Initial consultation. Discussed client's financial situation and answered questions | 3.00 |
| 08/22/2022 | Attorney | Reviewed documents provided by client and wrote memo to file | 2.00 |
| 09/01/2022 | Attorney | Drafted petition, schedules, statement of financial affairs, and chapter 13 plan | 5.00 |
| 09/01/2022 | Attorney | Drafted means test forms upon review of financial documents provided by client. | 2.50 |
| 10/18/2022 | Paralegal | Prepared for meeting of creditors by uploading various documents to chapter 13 trustee portal | 2.00 |
| 10/22/2022 | Attorney | Drafted amended Schedule C | 0.50 |
| 10/24/2022 | Attorney | Drafted response to plan objection by PennyMac | 0.30 |
| 10/28/2022 | Attorney | Represented client at meeting of creditors | 0.50 |
| 01/29/2023 | Attorney | Reviewed 41 proofs of claim to verify validity of associated debt. | 4.00 |
| 01/30/2023 | Attorney | Drafted omnibus objection to claims no. 20 and 30 | 1.00 |
| 01/30/2023 | Paralegal | Filed and served claim objection | 0.30 |
| 03/08/2023 | Attorney | Drafted first amended chapter 13 plan | 2.10 |
| 03/08/2023 | Paralegal | Filed and served first amended chapter 13 plan | 0.50 |
| 03/09/2023 | Attorney | Represented client at claim objection hearing | 0.70 |
| 03/11/2023 | Attorney | Drafted second amended chapter 13 plan | 0.60 |
| 03/11/2023 | Paralegal | Filed and served second amended chapter 13 plan | 0.50 |
| 03/11/2024 | Attorney | Reviewed time slips and prepared fee application | 1.00 |

|  |  |
|---|---|
| Total Attorney Hours | 23.20 |
| Attorney Hourly Rate | $350.00 |
| **Attorney Total** | **$8,120.00** |
| Total Paralegal Time | 3.30 |
| Paralegal Hourly Rate | $125.00 |
| **Paralegal Total** | **$412.50** |
| Subtotal | $8,532.50 |
| Adjustment | ($32.50) |
| **Grand Total** | **$8,500.00** |
| Pre-Petition Payment | $1,000.00 |
| Balance Due | $7,500.00 |
| Unaccounted Time | 0.00 |