# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Andrew L. Dudzek,<br>    Jennifer L. Dudzek,<br><br>        Debtors. | Case No. 22-12581-amc<br><br>Chapter 13 |

**Certificate of Service**

    I certify that on this date, I caused this application for compensation along with the notice and all attachments to be served on the following parties by first class mail or through the CM/ECF system:

    Scott F. Waterman (CM/ECF)

    U.S. Trustee (CM/ECF)

    Andrew L. Dudzek and Jennifer L. Dudzek
    8036 Albion Street
    Philadelphia, PA 19136


Date: March 11, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com