**Information to identify the case:**

Debtor 1    Andrew L. Dudzek

Debtor 2    Jennifer L. Dudzek

United States Bankruptcy Court for the Eastern District of Pennsylvania

Case Number  22-12581-amc          Chapter 13

☐ Check if this is an amended filing

# Certificate of No Response

### Part 1: Information About the Motion or Application

1. Title: **Application for Compensation**
2. Date Filed: **March 11, 2024**    ECF No.: **60**

### Part 2: Information About the Notice of Motion or Application

3. Date Filed: **March 11, 2024**    ECF No.: **60-4**
4. Response Date: **March 25, 2024**

### Part 3: Certification

I certify that I have received no answer, objection, or other responsive pleading to the motion or application described above. I further certify that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading appears to the motion or application thereon. Pursuant to the notice filed as described above, objections were to be filed and served no later than the date indicated above. I respectfully request that the proposed order attached to the pleading be entered at the earliest convenience of the Court.

/s/ Michael A. Cibik                    March 28, 2024
Signature of Attorney                   Date

Michael A. Cibik                        Cibik Law, P.C.
Printed Name and Attorney ID            Firm Name

1500 Walnut Street, Suite 900           215-735-1060
Number   Street                         Phone

Philadelphia, PA 19102                  mail@cibiklaw.com
City, State, Zip                        Email