**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                          Case No. 22-12581-amc

    Andrew L. Dudzek,                         Chapter 13
    Jennifer L. Dudzek,

                Debtors.

**Order Granting Application for Compensation**

      **AND NOW**, upon consideration of the Application for Compensation filed by the Debtor's counsel, and upon the Applicant's certification that proper service has been made on all interested parties, and upon the Applicant's certification of no response, it is hereby **ORDERED** that:

1.  The Application is **GRANTED**.

2.  Compensation in the amount of $8,500 and reimbursement of expenses in the amount of $0.00 are **ALLOWED** in favor of the Applicant.

3.  The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in ¶2 above as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), less $1,000 which has been previously paid by the Debtor, as provided for by the confirmed chapter 13 plan.

Date: April 4, 2024

_____
Ashely M. Chan
U.S. Bankruptcy Judge