# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Andrew L. Dudzek,
    Jennifer L. Dudzek,

          Debtors.

Case No. 22-12581-amc

Chapter 13

## Certificate of Service

    I certify that on this date I served a true and correct copy of the Debtors' Motion to Modify Chapter 13 Plan along with the notice, proposed order, and proposed plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Scott F. Waterman (CM/ECF)

Synchrony Bank by AIS InfoSource, LP as agen
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

AmeriCredit/GM Financial
Attn: Bankruptcy
PO Box 183853
Arlington, TX 76096-3853

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Brickhouse OpCo I LLC.
4053 Maple Road, Suite 122
Amherst, NY 14226-1058

Capital One N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Citibank
Attn: Bankruptcy
P.O. Box 790034
St Louis, MO 63179-0034

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Goldman Sachs Bank USA
Attn: Bankruptcy
PO Box 70321
Philadelphia, PA 19176-0321

HSBC Bank
Attn: Bankruptcy
PO Box 2013
Buffalo, NY 14240-2013

I.R.S.
P.O. Box 7346
Philadelphia, PA  19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Kohls/Capital One
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Mercury/FBT
Attn: Bankruptcy
PO Box 84064
Columbus, GA 31908-4064

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

NJ EZPASS
ATTN ATTN NJ EZPASS/ JASMINE JENKINS
375 MCCARTER HIGHWAY
SUITE 200
NEWARK NJ 07114-2562

PA Dept. of Revenue
Bankruptcy Division
Bureau of Compliance
P.O. Box 280946
Harrisburg, PA 17120-0946

PennyMac Loan Services, LLC
Attn: Correspondence Unit
PO Box 514387
Los Angeles, CA 90051-4387

Philadelphia Parking Authority
Bankruptcy Department
701 Market Street
Philadelphia, PA 19106-1540

Philadelphia Traffic Court
800 Spring Garden Street
Philadelphia, PA 19123-2690

Police and Fire Federal Credit Union
One Greenwood Square
3333 Street Road
Bensalem, PA 19020-2022

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC
PO Box 788
Kirkland, WA  98083-0788

Resurgent Capital Services
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603-0497

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

TD Bank USA N.A.
7000 Target Parkway North
Minneapolis, MN 55445-4301

UPLIFT  INC
5301 KIETZKE LN STE 200
RENO NV 89511-2083

Upstart Network, Inc
PO BOX 1931
Burlingame, CA 94011-1931

CITY OF PHILADELPHIA LAW DEPARTMENT
MUNICIPAL SERVICES BUILDING
1401 JOHN F KENNEDY BLVD 5TH FLOOR
PHILADELPHIA PA 19102-1617

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus MAC X2303-01A 3rd FL
Des Moines, IA 50328-0001

Weltman Weinberg & Reis Co. LPA
170 S Independence Mall W #874
Philadelphia, PA 19106-3334


Date: April 22, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com