**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>    Andrew L. Dudzek,<br>    Jennifer L. Dudzek,<br><br>                   Debtors. | Case No. 22-12581-amc<br><br>Chapter 13 |

**Order Granting Debtors' Motion to Modify Chapter 13 Plan**

**AND NOW**, upon consideration of the Debtors' Motion to Modify Chapter 13 Plan, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.
2. The modified plan filed as ECF No. 73 is **APPROVED**.

Date: July 18, 2024

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge