| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 22-12581-AMC**

Andrew L. Dudzek  
Jennifer L. Dudzek  
8036 Albion Street  
Philadelphia  PA   19136

Petition Filed Date: 09/26/2022  
341 Hearing Date: 10/28/2022  
Confirmation Date: 04/05/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2023 | $1,562.50 | | 08/21/2023 | $1,562.50 | | 09/01/2023 | $1,562.50 | |
| 09/19/2023 | $1,562.50 | | 10/11/2023 | $1,000.00 | | 10/18/2023 | $562.00 | |
| 10/30/2023 | $781.00 | | 11/27/2023 | $781.00 | | 12/11/2023 | $781.50 | |
| 12/27/2023 | $781.25 | | 01/08/2024 | $781.25 | | 01/22/2024 | $781.50 | |
| 02/02/2024 | $781.25 | | 02/16/2024 | $781.25 | | 03/01/2024 | $781.25 | |
| 03/15/2024 | $781.25 | | 04/01/2024 | $708.00 | | 04/12/2024 | $708.00 | |
| 05/10/2024 | $708.00 | | 05/24/2024 | $708.00 | | 06/07/2024 | $708.00 | |
| 06/24/2024 | $708.00 | | 07/08/2024 | $708.00 | | 07/19/2024 | $708.00 | |

**Total Receipts for the Period: $21,288.50    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $53,357.99**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $7,500.00 | $7,500.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $2,334.82 | $147.14 | $2,187.68 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 02P | Priority Crediors | $2,677.65 | $2,677.65 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 02U | Unsecured Creditors | $128.65 | $0.00 | $128.65 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 02S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $2,504.00 | $157.81 | $2,346.19 |
| 6 | DISCOVER BANK<br>»» 004 | Unsecured Creditors | $4,281.73 | $269.83 | $4,011.90 |
| 7 | QUANTUM3 GROUP LLC<br>»» 005 | Unsecured Creditors | $2,775.57 | $174.91 | $2,600.66 |
| 8 | QUANTUM3 GROUP LLC<br>»» 006 | Unsecured Creditors | $682.87 | $43.03 | $639.84 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 07P | Priority Crediors | $15,436.75 | $15,436.75 | $0.00 |
| 10 | UNITED STATES TREASURY (IRS)<br>»» 07U | Unsecured Creditors | $504.59 | $17.91 | $486.68 |
| 11 | UNITED STATES TREASURY (IRS)<br>»» 07S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | MIDLAND CREDIT MANAGEMENT INC<br>»» 008 | Unsecured Creditors | $381.14 | $24.03 | $357.11 |

Chapter 13 Case No. 22-12581-AMC

| # | Creditor | Type | | | |
|---|---|---|---|---|---|
| 13 | MIDLAND CREDIT MANAGEMENT INC »» 009 | Unsecured Creditors | $6,985.97 | $440.25 | $6,545.72 |
| 14 | MIDLAND CREDIT MANAGEMENT INC »» 010 | Unsecured Creditors | $4,411.00 | $277.98 | $4,133.02 |
| 15 | MIDLAND CREDIT MANAGEMENT INC »» 011 | Unsecured Creditors | $2,582.98 | $162.78 | $2,420.20 |
| 16 | MIDLAND CREDIT MANAGEMENT INC »» 012 | Unsecured Creditors | $2,390.76 | $150.67 | $2,240.09 |
| 17 | MIDLAND CREDIT MANAGEMENT INC »» 013 | Unsecured Creditors | $4,605.02 | $290.21 | $4,314.81 |
| 18 | MIDLAND CREDIT MANAGEMENT INC »» 014 | Unsecured Creditors | $2,400.89 | $151.30 | $2,249.59 |
| 19 | UPSTART NETWORK INC »» 015 | Unsecured Creditors | $1,787.18 | $112.64 | $1,674.54 |
| 20 | CAPITAL ONE BANK (USA) NA »» 016 | Unsecured Creditors | $4,856.85 | $306.07 | $4,550.78 |
| 21 | MIDLAND CREDIT MANAGEMENT INC »» 017 | Unsecured Creditors | $12,218.30 | $769.99 | $11,448.31 |
| 22 | CHASE BANK USA NA »» 018 | Unsecured Creditors | $2,160.51 | $136.16 | $2,024.35 |
| 23 | CHASE BANK USA NA »» 019 | Unsecured Creditors | $2,235.17 | $140.86 | $2,094.31 |
| 24 | HSBC BANK USA NA »» 020 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | QUANTUM3 GROUP LLC »» 021 | Unsecured Creditors | $8,472.42 | $533.92 | $7,938.50 |
| 26 | LVNV FUNDING LLC »» 022 | Unsecured Creditors | $987.72 | $62.24 | $925.48 |
| 27 | AMERICAN EXPRESS NATIONAL BANK »» 023 | Unsecured Creditors | $6,057.53 | $381.74 | $5,675.79 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES »» 024 | Unsecured Creditors | $2,024.83 | $127.61 | $1,897.22 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES »» 025 | Unsecured Creditors | $455.88 | $16.17 | $439.71 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES »» 026 | Unsecured Creditors | $1,580.51 | $99.60 | $1,480.91 |
| 31 | NEW JERSEY TURNPIKE AUTHORITY »» 027 | Unsecured Creditors | $582.40 | $36.71 | $545.69 |
| 32 | CAPITAL ONE BANK (USA) NA »» 028 | Unsecured Creditors | $2,230.29 | $140.56 | $2,089.73 |
| 33 | PENNYMAC LOAN SERVICES LLC »» 029 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 34 | BRICKHOUSE OPCO I LLC »» 030 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 35 | WELLS FARGO BANK NEVADA NA »» 031 | Unsecured Creditors | $4,390.43 | $276.67 | $4,113.76 |
| 36 | LVNV FUNDING LLC »» 032 | Unsecured Creditors | $2,529.57 | $159.42 | $2,370.15 |
| 37 | LVNV FUNDING LLC »» 033 | Unsecured Creditors | $1,507.60 | $95.01 | $1,412.59 |
| 38 | QUANTUM3 GROUP LLC »» 034 | Unsecured Creditors | $6,841.24 | $431.12 | $6,410.12 |
| 39 | SYNCHRONY BANK »» 035 | Unsecured Creditors | $1,226.58 | $77.30 | $1,149.28 |
| 40 | SYNCHRONY BANK »» 036 | Unsecured Creditors | $2,154.59 | $135.78 | $2,018.81 |
| 41 | POLICE & FIRE FCU »» 037 | Unsecured Creditors | $9,999.87 | $630.19 | $9,369.68 |
| 42 | POLICE & FIRE FCU »» 038 | Secured Creditors | $13,108.42 | $13,108.42 | $0.00 |
| 43 | POLICE & FIRE FCU »» 039 | Unsecured Creditors | $14,272.92 | $899.48 | $13,373.44 |
| 44 | CITY OF PHILADELPHIA (LD) »» 040 | Secured Creditors | $293.88 | $293.88 | $0.00 |
| 45 | PHILADELPHIA PARKING AUTHORITY »» 041 | Unsecured Creditors | $116.00 | $0.00 | $116.00 |

| 0 | CIBIK LAW, PC | Attorney Fees | $1,000.00 | $0.00 | $1,000.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $53,357.99 | Current Monthly Payment: | $1,415.00 |
| Paid to Claims: | $46,893.79 | Arrearages: | ($710.00) |
| Paid to Trustee: | $4,785.14 | Total Plan Base: | $161,432.99 |
| Funds on Hand: | $1,679.06 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.