# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br>    Andrew L. Dudzek and<br>    Jennifer L. Dudzek,<br>           Debtors. | Case No. 22-12581-amc<br><br>Chapter 13 |

## CERTIFICATION OF SERVICE

    I, Michael A. Cibik, certify that on August 5, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Amended Notice of Motion to Modify Plan After Confirmation

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: August 5, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Scott F. Waterman**
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
Method of Service: CM/ECF

**PA Dept. of Revenue**
Bankruptcy Division
Bureau of Compliance
P.O. Box 280946
Harrisburg, PA 17120-0946
Method of Service: First Class Mail

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346
Method of Service: First Class Mail

**Police and Fire Federal Credit Union**
One Greenwood Square
3333 Street Road
Bensalem, PA 19020
Method of Service: First Class Mail

**PennyMac Loan Services, LLC**
P.O. Box 2410
Moorpark, CA 93020
Method of Service: First Class Mail

**Water Revenue Bureau**
c/o City of Philadelphia Law Department
1401 John F. Kennedy Blvd., 5th Floor
Tax & RevenueMSB Unit Bankruptcy Group,
Philadelphia, PA 19102-1595
Method of Service: First Class Mail