| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 22-12581-AMC

Andrew L. Dudzek  
Jennifer L. Dudzek  
8036 Albion Street  
Philadelphia  PA    19136

Petition Filed Date: 09/26/2022  
341 Hearing Date: 10/28/2022  
Confirmation Date: 04/05/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/02/2024 | $708.00 | | 08/16/2024 | $708.00 | | 08/30/2024 | $708.00 | |
| 09/13/2024 | $708.00 | | 09/27/2024 | $708.00 | | 10/11/2024 | $708.00 | |
| 10/25/2024 | $708.00 | | 11/12/2024 | $708.00 | | 11/22/2024 | $708.00 | |
| 12/06/2024 | $708.00 | | 12/20/2024 | $708.00 | | 01/06/2025 | $708.00 | |
| 01/17/2025 | $708.00 | | 01/31/2025 | $708.00 | | 02/14/2025 | $708.00 | |
| 02/28/2025 | $708.00 | | 03/14/2025 | $708.00 | | 03/31/2025 | $708.00 | |
| 04/11/2025 | $708.00 | | 04/25/2025 | $708.00 | | 05/12/2025 | $708.00 | |
| 05/23/2025 | $708.00 | | 06/06/2025 | $708.00 | | 06/23/2025 | $708.00 | |
| 07/07/2025 | $708.00 | | 07/18/2025 | $708.00 | | | | |

**Total Receipts for the Period: $18,408.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $71,765.99**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $7,500.00 | $7,500.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»»  001 | Unsecured Creditors | $2,334.82 | $437.12 | $1,897.70 |
| 2 | PA DEPARTMENT OF REVENUE<br>»»  02P | Priority Crediors | $2,677.65 | $2,677.65 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»»  02U | Unsecured Creditors | $128.65 | $15.33 | $113.32 |
| 4 | PA DEPARTMENT OF REVENUE<br>»»  02S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | DISCOVER BANK<br>»»  003 | Unsecured Creditors | $2,504.00 | $468.85 | $2,035.15 |
| 6 | DISCOVER BANK<br>»»  004 | Unsecured Creditors | $4,281.73 | $801.69 | $3,480.04 |
| 7 | QUANTUM3 GROUP LLC<br>»»  005 | Unsecured Creditors | $2,775.57 | $519.66 | $2,255.91 |
| 8 | QUANTUM3 GROUP LLC<br>»»  006 | Unsecured Creditors | $682.87 | $120.56 | $562.31 |
| 9 | UNITED STATES TREASURY (IRS)<br>»»  07P | Priority Crediors | $15,436.75 | $15,436.75 | $0.00 |
| 10 | UNITED STATES TREASURY (IRS)<br>»»  07U | Unsecured Creditors | $504.59 | $89.09 | $415.50 |
| 11 | UNITED STATES TREASURY (IRS)<br>»»  07S | Secured Creditors | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12 | MIDLAND CREDIT MANAGEMENT INC »» 008 | Unsecured Creditors | $381.14 | $59.20 | $321.94 |
| 13 | MIDLAND CREDIT MANAGEMENT INC »» 009 | Unsecured Creditors | $6,985.97 | $1,307.98 | $5,677.99 |
| 14 | MIDLAND CREDIT MANAGEMENT INC »» 010 | Unsecured Creditors | $4,411.00 | $825.84 | $3,585.16 |
| 15 | MIDLAND CREDIT MANAGEMENT INC »» 011 | Unsecured Creditors | $2,582.98 | $483.63 | $2,099.35 |
| 16 | MIDLAND CREDIT MANAGEMENT INC »» 012 | Unsecured Creditors | $2,390.76 | $447.64 | $1,943.12 |
| 17 | MIDLAND CREDIT MANAGEMENT INC »» 013 | Unsecured Creditors | $4,605.02 | $862.18 | $3,742.84 |
| 18 | MIDLAND CREDIT MANAGEMENT INC »» 014 | Unsecured Creditors | $2,400.89 | $449.51 | $1,951.38 |
| 19 | UPSTART NETWORK INC »» 015 | Unsecured Creditors | $1,787.18 | $334.64 | $1,452.54 |
| 20 | CAPITAL ONE BANK (USA) NA »» 016 | Unsecured Creditors | $4,856.85 | $909.34 | $3,947.51 |
| 21 | MIDLAND CREDIT MANAGEMENT INC »» 017 | Unsecured Creditors | $12,218.30 | $2,287.61 | $9,930.69 |
| 22 | CHASE BANK USA NA »» 018 | Unsecured Creditors | $2,160.51 | $404.52 | $1,755.99 |
| 23 | CHASE BANK USA NA »» 019 | Unsecured Creditors | $2,235.17 | $418.47 | $1,816.70 |
| 24 | HSBC BANK USA NA »» 020 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | QUANTUM3 GROUP LLC »» 021 | Unsecured Creditors | $8,472.42 | $1,586.26 | $6,886.16 |
| 26 | LVNV FUNDING LLC »» 022 | Unsecured Creditors | $987.72 | $174.41 | $813.31 |
| 27 | AMERICAN EXPRESS NATIONAL BANK »» 023 | Unsecured Creditors | $6,057.53 | $1,134.17 | $4,923.36 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES »» 024 | Unsecured Creditors | $2,024.83 | $379.09 | $1,645.74 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES »» 025 | Unsecured Creditors | $455.88 | $70.77 | $385.11 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES »» 026 | Unsecured Creditors | $1,580.51 | $295.92 | $1,284.59 |
| 31 | NEW JERSEY TURNPIKE AUTHORITY »» 027 | Unsecured Creditors | $582.40 | $96.64 | $485.76 |
| 32 | CAPITAL ONE BANK (USA) NA »» 028 | Unsecured Creditors | $2,230.29 | $417.58 | $1,812.71 |
| 33 | PENNYMAC LOAN SERVICES LLC »» 029 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 34 | BRICKHOUSE OPCO I LLC »» 030 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 35 | WELLS FARGO BANK NEVADA NA »» 031 | Unsecured Creditors | $4,390.43 | $821.98 | $3,568.45 |
| 36 | LVNV FUNDING LLC »» 032 | Unsecured Creditors | $2,529.57 | $473.63 | $2,055.94 |
| 37 | LVNV FUNDING LLC »» 033 | Unsecured Creditors | $1,507.60 | $282.25 | $1,225.35 |
| 38 | QUANTUM3 GROUP LLC »» 034 | Unsecured Creditors | $6,841.24 | $1,280.85 | $5,560.39 |
| 39 | SYNCHRONY BANK »» 035 | Unsecured Creditors | $1,226.58 | $216.60 | $1,009.98 |
| 40 | SYNCHRONY BANK »» 036 | Unsecured Creditors | $2,154.59 | $403.37 | $1,751.22 |
| 41 | POLICE & FIRE FCU »» 037 | Unsecured Creditors | $9,999.87 | $1,872.27 | $8,127.60 |
| 42 | POLICE & FIRE FCU »» 038 | Secured Creditors | $13,108.42 | $13,108.42 | $0.00 |
| 43 | POLICE & FIRE FCU »» 039 | Unsecured Creditors | $14,272.92 | $2,672.30 | $11,600.62 |
| 44 | CITY OF PHILADELPHIA (LD) »» 040 | Secured Creditors | $293.88 | $293.88 | $0.00 |

**Chapter 13 Case No. 22-12581-AMC**

| 45 | PHILADELPHIA PARKING AUTHORITY »» 041 | Unsecured Creditors | $116.00 | $15.60 | $100.40 |
|----|---------------------------------------|---------------------|---------|--------|---------|
| 0  | CIBIK LAW, PC                         | Attorney Fees       | $1,000.00 | $0.00 | $1,000.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $71,765.99 | Current Monthly Payment: | $3,125.00 |
| Paid to Claims: | $62,453.25 | Arrearages: | $11,542.00 |
| Paid to Trustee: | $6,215.30 | Total Plan Base: | $161,432.99 |
| Funds on Hand: | $3,097.44 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.