# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Andrew L. Dudzek and
    Jennifer L. Dudzek,

        Debtors.

Case No. 22-12581-amc

Chapter 13

## CERTIFICATION OF SERVICE

    I, Michael A. Cibik, certify that on August 29, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Modified Chapter 13 Plan (ECF No. 87)

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: August 29, 2025

                                                  /s/ Michael A. Cibik
                                                Michael A. Cibik (#23110)
                                                Cibik Law, P.C.
                                                1500 Walnut Street, Suite 900
                                                Philadelphia, PA 19102
                                                215-735-1060
                                                mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Scott F. Waterman**
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
Method of Service: CM/ECF