**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:

    Andrew L. Dudzek and
Jennifer L. Dudzek,

        Debtors.

Case No. 22-12581-amc

Chapter 13

# ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 83, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 87) is **APPROVED**.

**Date:**

                                            Honorable Ashely M. Chan
                                            Chief U.S. Bankruptcy Judge