**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br>    Andrew L. Dudzek and<br>    Jennifer L. Dudzek,<br>           Debtors. | Case No. 22-12581-AMC<br><br>Chapter 13 |

### Supplemental Application for Compensation by Debtor's Counsel

Applicant Cibik Law P.C. applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses performed after confirmation of the plan.

1. Applicant is counsel for the Debtors.

2. The Debtors filed a petition under Chapter 13 on September 26, 2022.

3. This Court previously granted an application for compensation for attorney fees in the amount of $8,500.00, less $1,000.00 paid by the Debtor pre-petition.

4. Applicant requests an award of supplemental compensation of $1,000.00 as listed in the modified plan that was approved on July 18, 2024 for 2.90 attorney hours ($1,015) expended in providing the following services (hourly rate of $350 per attorney hour):

| Work Completed | When | By Whom | Hours |
|---|---|---|---|
| Review of Amended POC # 29 | 10/04/2023 | Michael I. Assad | 0.10 |
| Review of Trustee's Motion to Dismiss Case | 03/06/2024 | Michael I. Assad | 0.10 |
| Drafted Motion to Modify Plan | 04/22/2024 | Michael I. Assad | 0.40 |
| Drafted Modified Plan, ECF No. 65 | 04/22/2024 | Michael I. Assad | 1.40 |
| Drafted Modified Plan, ECF No. 73 | 06/11/2024 | Michael I. Assad | 0.70 |
| Drafted Supplemental Fee Application | 09/10/2025 | E.J. Gruber | 0.20 |

5. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

**NOW, THEREFORE**, Applicant requests an award of compensation in the form of order attached.

Date: September 10, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com