**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:

    Andrew L. Dudzek and
    Jennifer L. Dudzek,

         Debtors.

Case No. 22-12581-AMC

Chapter 13

**Certificate of No Response to Application for Compensation**

I certify that Cibik Law, P.C. has received no answer, objection, or other responsive pleading to the supplemental application for compensation filed on September 10, 2025, as ECF No. 91.

I further certify that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the application appears thereon. Pursuant to the notice filed with the application, responses to the application were to be filed and served on or before September 24, 2025.

Date: September 25, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com