**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br>    Andrew L. Dudzek and<br>    Jennifer L. Dudzek,<br>           Debtors. | Case No. 22-12581-amc<br><br>Chapter 13 |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 83, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 87) is **APPROVED**.

Date: Oct 2, 2025

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge