Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Andrew L. Dudzek
Jennifer L. Dudzek
8036 Albion Street
Philadelphia, PA 19136

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 22-12581-AMC**

Petition Filed Date: 09/26/2022
341 Hearing Date: 10/28/2022
Confirmation Date: 04/05/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2025 | $708.00 | | 08/15/2025 | $708.00 | | 09/02/2025 | $708.00 | |
| 09/15/2025 | $708.00 | | 09/26/2025 | $708.00 | | 10/13/2025 | $708.00 | |
| 10/24/2025 | $708.00 | | 11/07/2025 | $708.00 | | 11/21/2025 | $708.00 | |
| 12/08/2025 | $708.00 | | 12/19/2025 | $708.00 | | 01/06/2026 | $708.00 | |
| 01/16/2026 | $708.00 | | 01/30/2026 | $708.00 | | 02/13/2026 | $708.00 | |
| 02/27/2026 | $708.00 | | 03/13/2026 | $708.00 | | 03/27/2026 | $708.00 | |
| 04/10/2026 | $708.00 | | 04/27/2026 | $708.00 | | 05/11/2026 | $708.00 | |
| 05/22/2026 | $708.00 | | 06/05/2026 | $708.00 | | 06/22/2026 | $708.00 | |
| 07/06/2026 | $708.00 | | 07/17/2026 | $708.00 | | 07/31/2026 | $708.00 | |

**Total Receipts for the Period: $19,116.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $90,173.99**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $7,500.00 | $7,500.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $2,334.82 | $790.95 | $1,543.87 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 02P | Priority Crediors | $2,677.65 | $2,677.65 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 02U | Unsecured Creditors | $128.65 | $31.54 | $97.11 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 02S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $2,504.00 | $848.33 | $1,655.67 |
| 6 | DISCOVER BANK<br>»» 004 | Unsecured Creditors | $4,281.73 | $1,450.58 | $2,831.15 |
| 7 | QUANTUM3 GROUP LLC<br>»» 005 | Unsecured Creditors | $2,775.57 | $940.33 | $1,835.24 |
| 8 | QUANTUM3 GROUP LLC<br>»» 006 | Unsecured Creditors | $682.87 | $231.30 | $451.57 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 07P | Priority Crediors | $15,436.75 | $15,436.75 | $0.00 |

**Chapter 13 Case No. 22-12581-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 10 | UNITED STATES TREASURY (IRS)<br>»» 07U | Unsecured Creditors | $504.59 | $163.07 | $341.52 |
| 11 | UNITED STATES TREASURY (IRS)<br>»» 07S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | MIDLAND CREDIT MANAGEMENT INC<br>»» 008 | Unsecured Creditors | $381.14 | $119.21 | $261.93 |
| 13 | MIDLAND CREDIT MANAGEMENT INC<br>»» 009 | Unsecured Creditors | $6,985.97 | $2,366.75 | $4,619.22 |
| 14 | MIDLAND CREDIT MANAGEMENT INC<br>»» 010 | Unsecured Creditors | $4,411.00 | $1,494.38 | $2,916.62 |
| 15 | MIDLAND CREDIT MANAGEMENT INC<br>»» 011 | Unsecured Creditors | $2,582.98 | $875.09 | $1,707.89 |
| 16 | MIDLAND CREDIT MANAGEMENT INC<br>»» 012 | Unsecured Creditors | $2,390.76 | $810.00 | $1,580.76 |
| 17 | MIDLAND CREDIT MANAGEMENT INC<br>»» 013 | Unsecured Creditors | $4,605.02 | $1,560.12 | $3,044.90 |
| 18 | MIDLAND CREDIT MANAGEMENT INC<br>»» 014 | Unsecured Creditors | $2,400.89 | $813.38 | $1,587.51 |
| 19 | UPSTART NETWORK INC<br>»» 015 | Unsecured Creditors | $1,787.18 | $605.51 | $1,181.67 |
| 20 | CAPITAL ONE BANK (USA) NA<br>»» 016 | Unsecured Creditors | $4,856.85 | $1,645.43 | $3,211.42 |
| 21 | MIDLAND CREDIT MANAGEMENT INC<br>»» 017 | Unsecured Creditors | $12,218.30 | $4,139.37 | $8,078.93 |
| 22 | JP MORGAN CHASE BANK NA<br>»» 018 | Unsecured Creditors | $2,160.51 | $731.96 | $1,428.55 |
| 23 | JP MORGAN CHASE BANK NA<br>»» 019 | Unsecured Creditors | $2,235.17 | $757.24 | $1,477.93 |
| 24 | HSBC BANK USA NA<br>»» 020 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | QUANTUM3 GROUP LLC<br>»» 021 | Unsecured Creditors | $8,472.42 | $2,870.31 | $5,602.11 |
| 26 | LVNV FUNDING LLC<br>»» 022 | Unsecured Creditors | $987.72 | $334.60 | $653.12 |
| 27 | AMERICAN EXPRESS NATIONAL BANK<br>»» 023 | Unsecured Creditors | $6,057.53 | $2,052.21 | $4,005.32 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 024 | Unsecured Creditors | $2,024.83 | $685.97 | $1,338.86 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 025 | Unsecured Creditors | $455.88 | $142.56 | $313.32 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 026 | Unsecured Creditors | $1,580.51 | $535.47 | $1,045.04 |
| 31 | NEW JERSEY TURNPIKE AUTHORITY<br>»» 027 | Unsecured Creditors | $582.40 | $197.33 | $385.07 |
| 32 | CAPITAL ONE BANK (USA) NA<br>»» 028 | Unsecured Creditors | $2,230.29 | $755.62 | $1,474.67 |
| 33 | PENNYMAC LOAN SERVICES LLC<br>»» 029 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 34 | BRICKHOUSE OPCO I LLC<br>»» 030 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 35 | WELLS FARGO BANK NEVADA NA<br>»» 031 | Unsecured Creditors | $4,390.43 | $1,487.37 | $2,903.06 |
| 36 | LVNV FUNDING LLC<br>»» 032 | Unsecured Creditors | $2,529.57 | $857.00 | $1,672.57 |
| 37 | LVNV FUNDING LLC<br>»» 033 | Unsecured Creditors | $1,507.60 | $510.73 | $996.87 |
| 38 | QUANTUM3 GROUP LLC<br>»» 034 | Unsecured Creditors | $6,841.24 | $2,317.67 | $4,523.57 |
| 39 | SYNCHRONY BANK<br>»» 035 | Unsecured Creditors | $1,226.58 | $415.58 | $811.00 |
| 40 | SYNCHRONY BANK<br>»» 036 | Unsecured Creditors | $2,154.59 | $729.93 | $1,424.66 |
| 41 | POLICE & FIRE FCU<br>»» 037 | Unsecured Creditors | $9,999.87 | $3,387.84 | $6,612.03 |
| 42 | POLICE & FIRE FCU<br>»» 038 | Secured Creditors | $13,108.42 | $13,108.42 | $0.00 |

**Chapter 13 Case No. 22-12581-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 43 | POLICE & FIRE FCU<br>»» 039 | Unsecured Creditors | $14,272.92 | $4,835.46 | $9,437.46 |
| 44 | CITY OF PHILADELPHIA (LD)<br>»» 040 | Secured Creditors | $293.88 | $293.88 | $0.00 |
| 45 | PHILADELPHIA PARKING AUTHORITY<br>»» 041 | Unsecured Creditors | $116.00 | $31.47 | $84.53 |
| 0 | CIBIK LAW, PC | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 46 | AMERICREDIT FINANCIAL SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 47 | GOLDMAN SACHS BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 48 | KOHLS/CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 49 | TD BANK USA NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $90,173.99 | Current Monthly Payment: | $1,415.00 |
| Paid to Claims: | $82,538.36 | Arrearages: | ($1,429.00) |
| Paid to Trustee: | $7,586.08 | Total Plan Base: | $107,139.99 |
| Funds on Hand: | $49.55 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.